76666.0240

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERTO S. ROBLEDO | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. 5:17-CV-00542-XR |
| | § | |
| TRAVELERS LLOYDS OF TEXAS | § | |
| INSURANCE COMPANY | § | |
| | § | |
| Defendant | § | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Dated this ___19th___ day of ___October___, 2017.

ADAMI, SHUFFIELD, SCHEIHING
& BURNS, P.C.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228
bscheihing@adamilaw.com

KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
Facsimile: (210) 490-8372
robert@krwlawyers.com
jake@krwlawyers.com

By:_____
ROBERT F. SCHEIHING
State Bar No. 17736350

By:_____
ROBERT POLLOM
State Bar No: 24041703
JAKE ROGIERS
State Bar No. 24069066

**ATTORNEY FOR DEFENDANT**

**ATTORNEYS FOR PLAINTIFF**